**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LORING, DANIEL EVAN | § | Case No. 11-84078 |
| LORING, SHERRY LYNN | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 20, 2011. The undersigned trustee was appointed on June 21, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        156,632.81

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 69,610.08 |
| Bank service fees | 61.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 71,960.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/30/2016 and the deadline for filing governmental claims was 09/30/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,659.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,659.19, for a total compensation of $7,659.19.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2017        By: /s/JAMES E. STEVENS
                             Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84078  
**Case Name:** LORING, DANIEL EVAN  
LORING, SHERRY LYNN  
**Period Ending:** 06/22/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/20/11 (f)  
**§341(a) Meeting Date:** 10/27/11  
**Claims Bar Date:** 09/30/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence @ 1424 E. Deleon Freeport, IL | 34,983.00 | 0.00 | | 0.00 | FA |
| 2  Savings with Blackhawk Area Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 3  Savings with Blackhawk Area Credit Union | 150.00 | 0.00 | | 0.00 | FA |
| 4  Checking with Blackhawk Area Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 5  Household Goods | 650.00 | 0.00 | | 0.00 | FA |
| 6  Wearing Apparel | 325.00 | 0.00 | | 0.00 | FA |
| 7  Camera | 25.00 | 0.00 | | 0.00 | FA |
| 8  401 K with Modern Plating Corporation | 27,672.42 | 0.00 | | 0.00 | FA |
| 9  Possible 2011 Tax Refund | 5,325.00 | 0.00 | | 0.00 | FA |
| 10  1995 Dodge Dakota | 2,600.00 | 0.00 | | 0.00 | FA |
| 11  1989 Dodge Ram Charger | 1,500.00 | 0.00 | | 0.00 | FA |
| 12  Tools/Lawn Equipment | 150.00 | 0.00 | | 0.00 | FA |
| 13  Unscheduled Personal Injury (u) See Order to Reopen entered 6/20/16. Trustee Stevens reappointed to the case on 6/21/16. See Order to Compromise Controversy entered 3/29/17. | 0.00 | 85,000.00 | | 156,632.81 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$73,580.42** | **$85,000.00** | | **$156,632.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 1, 2017    **Current Projected Date Of Final Report (TFR):** June 20, 2017 (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84078 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LORING, DANIEL EVAN | | Bank Name: | Rabobank, N.A. |
| | LORING, SHERRY LYNN | | Account: | ******9466 - Checking Account |
| Taxpayer ID #: | **-***1167 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 06/22/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/15/17 | | Covidien QSF Freese & Goss | Pelvic Mesh Settlement | | | 87,123.71 | | 87,123.71 |
| | {13} | | | 156,632.81 | 1242-000 | | | 87,123.71 |
| | | | TOTAL GROSS ATTY'S FEES | -59,471.41 | 3210-600 | | | 87,123.71 |
| | | | EXPENSES | -1,379.63 | 3220-610 | | | 87,123.71 |
| | | | Lien Resolution Services | -832.87 | 3992-000 | | | 87,123.71 |
| | | | MDL Fee Assessment 5% | -7,825.19 | 3992-000 | | | 87,123.71 |
| 05/22/17 | 101 | Sherry Loring | Debtor's exemption in personal injury case | | 8100-002 | | 15,000.00 | 72,123.71 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 61.93 | 72,061.78 |
| 06/05/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #11-84078, Bond#016018067 | | 2300-000 | | 100.98 | 71,960.80 |
| | | | ACCOUNT TOTALS | | | 87,123.71 | 15,162.91 | $71,960.80 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 87,123.71 | 15,162.91 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | | $87,123.71 | $162.91 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******9466 | 87,123.71 | 162.91 | 71,960.80 |
| | $87,123.71 | $162.91 | $71,960.80 |

{} Asset reference(s)

Printed: 06/22/2017 02:54 PM    V.13.30

Printed: 06/22/17 02:54 PM　　　　　　　　　　**Exhibit C**　　　　　　　　　　Page: 1

## Case: 11-84078   LORING, DANIEL EVAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/20/11 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3210-00   Attorney for Trustee Fees (Other Firm)> | 3,737.50 | 3,737.50 | 0.00 | 3,737.50 | 3,737.50 |
| | 09/20/11 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation><br>[Updated by Surplus to Debtor Report based on Net Estate Value: 88183.88] | 7,659.19 | 7,659.19 | 0.00 | 7,659.19 | 7,659.19 |
| | | | **Total for Priority 200:   100% Paid** | **$11,396.69** | **$11,396.69** | **$0.00** | **$11,396.69** | **$11,396.69** |
| | | | **Total for Admin Ch. 7 Claims:** | **$11,396.69** | **$11,396.69** | **$0.00** | **$11,396.69** | **$11,396.69** |
| **Priority Claims:** | | | | | | | | |
| 3 | 07/25/16 | 570 | Stephenson County Collector<br>Stephanie Helms<br>50 W. Douglas St., Suite 503<br>Freeport, IL 61032<br><5800-00   Claims of Governmental Units> | 227.03 | 227.03 | 0.00 | 227.03 | 227.03 |
| | | | **Priority 570:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 09/30/11 | 610 | Commonwealth Edison Company<br>Attn: Bankruptcy Dept.<br>3 Lincoln Centre<br>Oakbrook Terrace, IL 60181<br><7100-00   General Unsecured § 726(a)(2)> | 963.99 | 963.99 | 0.00 | 963.99 | 963.99 |
| 2 | 07/06/16 | 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 703.70 | 703.70 | 0.00 | 703.70 | 703.70 |
| 4 | 08/19/16 | 610 | Chase Bank USA, N.A.<br>Attn: Corres. Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)> | 481.06 | 481.06 | 0.00 | 481.06 | 481.06 |
| 5 | 09/29/16 | 610 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 4,697.82 | 4,697.82 | 0.00 | 4,697.82 | 4,697.82 |
| | | | **Total for Priority 610:   100% Paid** | **$6,846.57** | **$6,846.57** | **$0.00** | **$6,846.57** | **$6,846.57** |

Printed: 06/22/17 02:54 PM                           **Exhibit C**                                    Page: 2

### Case: 11-84078   LORING, DANIEL EVAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 1I | 09/30/11 | 640 | Commonwealth Edison Company<br>Attn: Bankruptcy Dept.<br>3 Lincoln Centre<br>Oakbrook Terrace, IL 60181<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 5.67 | 5.67 | 0.00 | 5.67 | 5.67 |
| 2I | 07/06/16 | 640 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 4.14 | 4.14 | 0.00 | 4.14 | 4.14 |
| 3I | 07/25/16 | 640 | Stephenson County Collector<br>Stephanie Helms<br>50 W. Douglas St., Suite 503<br>Freeport, IL 61032<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 1.33 | 1.33 | 0.00 | 1.33 | 1.33 |
| 4I | 08/19/16 | 640 | Chase Bank USA, N.A.<br>Attn: Corres. Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 2.83 | 2.83 | 0.00 | 2.83 | 2.83 |
| 5I | 09/29/16 | 640 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 27.61 | 27.61 | 0.00 | 27.61 | 27.61 |
| | | | **Total for Priority 640:   100% Paid** | **$41.58** | **$41.58** | **$0.00** | **$41.58** | **$41.58** |
| SURPLUS | 09/20/11 | 650 | LORING, DANIEL EVAN<br>1424 E. DELEON<br>FREEPORT, IL 61032<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 53,448.93 | 53,448.93 | 0.00 | 53,448.93 | 53,448.93 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$60,337.08** | **$60,337.08** | **$0.00** | **$60,337.08** | **$60,337.08** |
| | | | **Total for Case :** | **$71,960.80** | **$71,960.80** | **$0.00** | **$71,960.80** | **$71,960.80** |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　　　Exhibit D

Case No.: 11-84078
Case Name: LORING, DANIEL EVAN
Trustee Name: JAMES E. STEVENS

**Balance on hand:**　　　$　　71,960.80

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:　$　　0.00
Remaining balance:　$　71,960.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 7,659.19 | 0.00 | 7,659.19 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,737.50 | 0.00 | 3,737.50 |

Total to be paid for chapter 7 administration expenses:　$　11,396.69
Remaining balance:　$　60,564.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　0.00
Remaining balance:　$　60,564.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $227.03 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Stephenson County Collector | 227.03 | 0.00 | 227.03 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 227.03 |
|---|---|---|---|
|  | Remaining balance: | $ | 60,337.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,846.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 963.99 | 0.00 | 963.99 |
| 2 | Discover Bank | 703.70 | 0.00 | 703.70 |
| 4 | Chase Bank USA, N.A. | 481.06 | 0.00 | 481.06 |
| 5 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 4,697.82 | 0.00 | 4,697.82 |

|  | Total to be paid for timely general unsecured claims: | $ | 6,846.57 |
|---|---|---|---|
|  | Remaining balance: | $ | 53,490.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 53,490.51 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 53,490.51

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $41.58. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 53,448.93.

**UST Form 101-7-TFR (05/1/2011)**