UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **LORING, DANIEL EVAN** | ) | Bankruptcy Case No. 11-84078 TML |
| **LORING, SHERRY LYNN** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

LORING, DANIEL EVAN
LORING, SHERRY LYNN
1424 E. DELEON
FREEPORT, IL 61032

DONALD KNUCKEY
OSTLING & ASSOCIATES
201 WEST OLIVE STREET
BLOOMINGTON, IL 61701
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Commonwealth Edison Company
Attn: Bankruptcy Dept.
3 Lincoln Centre
Oakbrook Terrace, IL 60181

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Stephenson County Collector
Stephanie Helms
50 W. Douglas St., Suite 503
Freeport, IL 61032

Chase Bank USA, N.A.
Attn: Corres. Dept.
P.O. Box 15298
Wilmington, DE 19850

Atlas Acquisitions LLC (BANK OF AMERICA, N.A.)
294 Union St.
Hackensack, NJ 07601


/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com