**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LORING, DANIEL EVAN § Case No. 11-84078
    LORING, SHERRY LYNN §
                    §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $73,580.42 *(without deducting any secured claims)* | Assets Exempt: $68,597.42 |
| Total Distribution to Claimants: $7,115.18 | Claims Discharged Without Payment: $27,438.13 |
| Total Expenses of Administration: $81,068.70 | |

  3) Total gross receipts of $ 156,632.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 68,448.93 (see **Exhibit 2**), yielded net receipts of $88,183.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,068.70 | 81,068.70 | 81,068.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 356.16 | 227.03 | 227.03 | 227.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,381.68 | 6,888.15 | 6,888.15 | 6,888.15 |
| **TOTAL DISBURSEMENTS** | $29,737.84 | $88,183.88 | $88,183.88 | $88,183.88 |

    4)  This case was originally filed under Chapter 7 on September 20, 2011.
The case was pending for 74 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/12/2017            By:  /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled Personal Injury | 1242-000 | 156,632.81 |
| **TOTAL GROSS RECEIPTS** | | **$156,632.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sherry Loring | Debtor's exemption in personal injury case | 8100-002 | 15,000.00 |
| LORING, SHERRY LYNN | Dividend paid 100.00% on $53,448.93; Claim# SURPLUS; Filed: $53,448.93; Reference: | 8200-002 | 53,448.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$68,448.93** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 7,659.19 | 7,659.19 | 7,659.19 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 3,737.50 | 3,737.50 | 3,737.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Covidien QSF Freese & Goss | 3210-600 | N/A | 59,471.41 | 59,471.41 | 59,471.41 |
| Other - Covidien QSF Freese & Goss | 3220-610 | N/A | 1,379.63 | 1,379.63 | 1,379.63 |
| Other - Covidien QSF Freese & Goss | 3992-000 | N/A | 832.87 | 832.87 | 832.87 |
| Other - Covidien QSF Freese & Goss | 3992-000 | N/A | 7,825.19 | 7,825.19 | 7,825.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.93 | 61.93 | 61.93 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 100.98 | 100.98 | 100.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$81,068.70** | **$81,068.70** | **$81,068.70** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Stephenson County Collector | 5800-000 | 356.16 | 227.03 | 227.03 | 227.03 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$356.16** | **$227.03** | **$227.03** | **$227.03** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 762.55 | 963.99 | 963.99 | 963.99 |
| 1I | Commonwealth Edison Company | 7990-000 | N/A | 5.67 | 5.67 | 5.67 |
| 2 | Discover Bank | 7100-000 | 690.00 | 703.70 | 703.70 | 703.70 |
| 2I | Discover Bank | 7990-000 | N/A | 4.14 | 4.14 | 4.14 |
| 3I | Stephenson County Collector | 7990-000 | N/A | 1.33 | 1.33 | 1.33 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 491.00 | 481.06 | 481.06 | 481.06 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 2.83 | 2.83 | 2.83 |
| 5 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 7100-000 | N/A | 4,697.82 | 4,697.82 | 4,697.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5I | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 7990-000 | N/A | 27.61 | 27.61 | 27.61 |
| NOTFILED | Credit Bureau Center | 7100-000 | 374.00 | N/A | N/A | 0.00 |
| NOTFILED | FHN Memorial Hospital | 7100-000 | 1,069.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Center | 7100-000 | 939.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group Payment Processing Cntr | 7100-000 | 11,210.84 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 846.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Water & Sewer | 7100-000 | 128.97 | N/A | N/A | 0.00 |
| NOTFILED | University of Wisconsin C/O State Collection Service | 7100-000 | 198.03 | N/A | N/A | 0.00 |
| NOTFILED | UW Health Physicians | 7100-000 | 68.25 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 398.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 2,033.48 | N/A | N/A | 0.00 |
| NOTFILED | Cancer Treatment Centers of America | 7100-000 | 1,724.64 | N/A | N/A | 0.00 |
| NOTFILED | John Bonewicz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bowen Oil Co. | 7100-000 | 1,071.94 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Corp | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk Area Credit Union | 7100-000 | 2,137.26 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,504.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $29,381.68 | $6,888.15 | $6,888.15 | $6,888.15 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84078
**Case Name:** LORING, DANIEL EVAN
LORING, SHERRY LYNN
**Period Ending:** 12/12/17

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 09/20/11 (f)
**§341(a) Meeting Date:** 10/27/11
**Claims Bar Date:** 09/30/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence @ 1424 E. Deleon Freeport, IL | 34,983.00 | 0.00 | | 0.00 | FA |
| 2 | Savings with Blackhawk Area Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Savings with Blackhawk Area Credit Union | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Checking with Blackhawk Area Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods | 650.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 325.00 | 0.00 | | 0.00 | FA |
| 7 | Camera | 25.00 | 0.00 | | 0.00 | FA |
| 8 | 401 K with Modern Plating Corporation | 27,672.42 | 0.00 | | 0.00 | FA |
| 9 | Possible 2011 Tax Refund | 5,325.00 | 0.00 | | 0.00 | FA |
| 10 | 1995 Dodge Dakota | 2,600.00 | 0.00 | | 0.00 | FA |
| 11 | 1989 Dodge Ram Charger | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Tools/Lawn Equipment | 150.00 | 0.00 | | 0.00 | FA |
| 13 | Unscheduled Personal Injury (u)<br>See Order to Reopen entered 6/20/16. Trustee Stevens reappointed to the case on 6/21/16. See Order to Compromise Controversy entered 3/29/17. | 0.00 | 85,000.00 | | 156,632.81 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$73,580.42** | **$85,000.00** | | **$156,632.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 1, 2017        **Current Projected Date Of Final Report (TFR):**   June 20, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84078  
**Case Name:** LORING, DANIEL EVAN  
LORING, SHERRY LYNN  
**Taxpayer ID #:** \*\*-\*\*\*1167  
**Period Ending:** 12/12/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*9466 - Checking Account  
**Blanket Bond:** $4,396,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/15/17 | | Covidien QSF Freese & Goss | Pelvic Mesh Settlement | | 87,123.71 | | 87,123.71 |
| | {13} | | 156,632.81 | 1242-000 | | | 87,123.71 |
| | | | TOTAL GROSS ATTY'S FEES    -59,471.41 | 3210-600 | | | 87,123.71 |
| | | | EXPENSES    -1,379.63 | 3220-610 | | | 87,123.71 |
| | | | Lien Resolution Services    -832.87 | 3992-000 | | | 87,123.71 |
| | | | MDL Fee Assessment 5%    -7,825.19 | 3992-000 | | | 87,123.71 |
| 05/22/17 | 101 | Sherry Loring | Debtor's exemption in personal injury case | 8100-002 | | 15,000.00 | 72,123.71 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.93 | 72,061.78 |
| 06/05/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #11-84078, Bond#016018067 | 2300-000 | | 100.98 | 71,960.80 |
| 08/11/17 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,737.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 3,737.50 | 68,223.30 |
| 08/11/17 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $7,659.19, Trustee Compensation;  Reference: | 2100-000 | | 7,659.19 | 60,564.11 |
| 08/11/17 | 105 | LORING, SHERRY LYNN | Dividend paid 100.00% on $53,448.93; Claim# SURPLUS; Filed: $53,448.93; Reference: | 8200-002 | | 53,448.93 | 7,115.18 |
| 08/11/17 | 106 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | Combined Check for Claims#5,5I | | | 4,725.43 | 2,389.75 |
| | | | Dividend paid 100.00% on $4,697.82;  Claim# 5; Filed: $4,697.82    4,697.82 | 7100-000 | | | 2,389.75 |
| | | | Dividend paid 100.00% on $27.61;  Claim# 5I; Filed: $27.61    27.61 | 7990-000 | | | 2,389.75 |
| 08/11/17 | 107 | Chase Bank USA, N.A. | Combined Check for Claims#4,4I | | | 483.89 | 1,905.86 |
| | | | Dividend paid 100.00% on $481.06;  Claim# 4; Filed: $481.06    481.06 | 7100-000 | | | 1,905.86 |
| | | | Dividend paid 100.00% on $2.83;  Claim# 4I; Filed: $2.83    2.83 | 7990-000 | | | 1,905.86 |
| 08/11/17 | 108 | Commonwealth Edison Company | Combined Check for Claims#1,1I | | | 969.66 | 936.20 |
| | | | Dividend paid 100.00% on $963.99;  Claim# 1; Filed: $963.99    963.99 | 7100-000 | | | 936.20 |

Subtotals :    $87,123.71    $86,187.51

{} Asset reference(s)

Printed: 12/12/2017 01:03 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-84078  
**Case Name:** LORING, DANIEL EVAN  
LORING, SHERRY LYNN  
**Taxpayer ID #:** **-***1167  
**Period Ending:** 12/12/17

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9466 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 5.67<br>on $5.67; Claim# 1I;<br>Filed: $5.67 | 7990-000 | | | 936.20 |
| 08/11/17 | 109 | Discover Bank | Combined Check for Claims#2,2I | | | 707.84 | 228.36 |
| | | | Dividend paid 100.00% 703.70<br>on $703.70; Claim# 2;<br>Filed: $703.70 | 7100-000 | | | 228.36 |
| | | | Dividend paid 100.00% 4.14<br>on $4.14; Claim# 2I;<br>Filed: $4.14 | 7990-000 | | | 228.36 |
| 08/11/17 | 110 | Stephenson County Collector | Combined Check for Claims#3,3I | | | 228.36 | 0.00 |
| | | | Dividend paid 100.00% 227.03<br>on $227.03; Claim# 3;<br>Filed: $227.03 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1.33<br>on $1.33; Claim# 3I;<br>Filed: $1.33 | 7990-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 87,123.71 | 87,123.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 87,123.71 | 87,123.71 | |
| Less: Payments to Debtors | | 68,448.93 | |
| **NET Receipts / Disbursements** | **$87,123.71** | **$18,674.78** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9466** | 87,123.71 | 18,674.78 | 0.00 |
| | $87,123.71 | $18,674.78 | $0.00 |

{} Asset reference(s)    Printed: 12/12/2017 01:03 PM    V.13.30